Rev. 6/03

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Pro se [Non-prisoner] Complaint Form


FILED
NOV 23 2005
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

Joseph Wideman, Inventor
(Your Name)
　　　　Plaintiff,

v.

NC State University, Kent-well )
cHiee Technology Transfer )
Robert J. Ferraro, Senior )
Design Center, Director )
　　　　Defendant(s).

UNC Kenan-Flagler Business
School, Dr. Jim Tehrani,
NC Rural Center

Civil Action No. _____
(to be assigned by the Clerk)

# 1:05CV01022

COMPLAINT

I. JURISDICTION

Fourteenth Amendment under the U.S. Constitution

II. PARTIES

A.　Plaintiff : Joseph Wideman, Inventor/Entrepreneur

　　Name of Plaintiff: Independence Home Designs

　　Address: 205 Hammond Dr
　　　　　　Reidsville, NC 27320

B.　Defendant(s)　(**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

　　Name of Defendant: Robert J. Ferraro, Director, etc

　　Current Address: 231-H Withers, P.O. 8206

　　See Exhibit, A, B and C and D

C. Additional Defendants (please provide the same information for each defendant as listed in Item B above):

Dr. Jim Johnson, etc., Exhibit: A-1
UNC Chapel Hill
NC Rural Center
Kevin-Flaylor
Business SPNCCL

~~Mr. Walker L. Bowyers~~
~~Patent Law Offices~~
~~326 S. Eugene St.~~
~~Greensboro, NC 27401~~
~~Exhibit A-1~~ 3

SCORE
Counselors to America's
Small Business

Jim Gottschlich
Chapter Vice Chairman
400 W. Market Suite 103
Greensboro, NC 27401

Mr. Shawn German, of
SCORE

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

In March, 2005, I received Control Number: 71-405-5431(W), about me of (7) Seven, Certificate of Registration, from the U.S. Library of Congress, Washington, D.C., 20554. See Exhibit-Act 2. No one allege around Greensboro, have or knew about "Source Code." Therefore, I had to file again, with copyright office. On August 15, 2005, I was given another, Control Numbers, 11-336-452-5. See: Exhibit Act 3

After talking with my Patent Lawyer, Mr. Bowyer's, informed me to looking:
SCORE, did not know; DR Jim Johnson, NC Rural Center, did not know; Mr. Ferraro, lead me to believe, that there would help me.

III. STATEMENT OF CLAIM - continued.

Whether Federal Funded Institution, are Constitutionally Entitle to help the Entrepreneur.

IV. RELIEF

State briefly and exactly what relief you want from this court.

1). That the Institutions, so named, can never use any of my designs, without my consent.

2). That the Court issue an injunction against said Institutions, from making any designs like those I trust them to see;

3). That this Court issue an injunction against said Institutions, from having any of my designs manufactured over seas, and what this Court deems just and Right.

Signed this _30th_ day of _September_, 20_05_

_Joseph V. Clemmons_
Signature of plaintiff

_305 Havenwood Dr._
Address

_Reidsville, NC 27320_

_1-336-349-5272_
Telephone number