To ...Exhibit - A...........

Time .................. Date ............

**NORTH CAROLINA STATE UNIVERSITY** — WHILE YOU WERE OUT

M ...Venture II →...............
of ...Office Technology Transfer...
Phone No. ............................

☐ Telephoned  ☐ Please call back
☐ Called to see you  ☐ Will call again
☐ Left the following  ☐ Returned your call
   message:—

Robert J. Ferraro
231-A Withers, Box 8206

..............................
Operator