Press 5 - Repairs
Fax ............................................................... 5-6237
Campus Operator ......................................... 5-2011
Customer Service ........................................ 5-7099
Business Manager ....................................... 5-6011
Engineering & Construction Group ............... 5-4073
Maintenance & Installation Mgr. ................. 5-1638
Network Operations ..................................... 3-9675
Network Manager .......................................... 5-0122
Interim Director
Greg Sparks
Administrative Assistant ............................... 5-7985

**COMPUTER GRAPHICS**
(see Center for Earth Observation)

**COMPUTER LABS**
118-C Daniels Hall ...................................... 5-3631
G-100 Harrelson ........................................... 5-3426
Statistics Instructional Computing
100 Leazar ................................................... 5-3923
Sub-basement, Nelson ................................. 5-8108
College of Management
421 Poe ........................................................ 5-2681
College of Education & Psychology only
College of Textiles ....................................... 5-1528
113-A Tompkins ........................................... 5-7880
CHASS
103 Sullivan ................................................... None
118 Winston ................................................. 5-3397
Philosophy Lab only
309 Winston ................................................. 5-3791
Social Sciences
NIL

**COMPUTER SCIENCE-ENGR**       *515 215B*
Department Office ........................................ 5-2858
226 Withers, Box 8206/Fax# 515-7896
Interim Head ................................................. 5-7926
Mladen Vouk
226 Withers, Box 8206
Administrative Assistant ............................... 5-7926
Linda Honeycutt
226 Withers, Box 8206
Finance Director .......................................... 5-2930
Carol Holloman
226 Withers, Box 8206
Research Secretary ..................................... 5-3772
Jennifer Craddock
406 EGRC, Box 7534
Graduate Programs, Director ...................... 5-8662
David Thuente
165 Venture III, Box 8207/Fax #513-1895
Graduate Secretary ..................................... 5-8662
Margery Page
165 Venture III, Box 8207
Graduate Programs, Admissions ................ 5-2882
Vilma Berg
165 Venture III, Box 8207
Undergraduate Programs, Director ............. 5-3369
Dennis Bahler
171 Venture III, Box 8207
Coordinator of Advising .............................. 5-7027
Joyce Hatch
208 Withers, Box 8206
Director of Student Services ....................... 5-7890
Dana Lasher
131-G Daniels, Box 8206
Undergraduate Secretary ............................ 5-7847
Carol Allen
208 Withers, Box 8206
Senior Design Center, Director *1-9-1 of* 5-7848
Robert J. Fornaro
231-A Withers, Box 8206
Senior Design Center, Associate Director .... 5-6020
Margaret Heil
231-C Withers, Box 8206
Computer Science 200 TA's ........................ 5-3766
100-A Withers
Coordinator of Laboratories ....................... 5-3854
Tom Nelson
100-A Withers, Box 8206
E-Partners, Director ..................................... 3-4292
Kenneth M. Tate
202 Withers, Box 8206

E-Partners, Associate Director .................... 3-2985
Anna Rzewnicki
226-A Withers, Box 8206
Multimedia Laboratory, Director .................. 5-5297
Dennis Kekas
420 EGRC, Box 7534
EGRC/CSC Administrative Office ............... 5-6535
446 EGRC, Box 7534/Fax#515-7925

**COMPUTER SERVICE**
(See Administrative Computing Services)
(See Information Technology)

**COMPUTER TRAINING UNIT**
Main Number ............................................... 5-8163
Fax ............................................................... 5-7663
Director- Continuing & Professional Education .. 5-8191
Jud Hair
218 McKimmon Center, Box 7401

**COMPUTING HELP DESKS**
See page 14 for General Computing Information
Academic Computing ............................ 5-HELP(4357)
Information Center/Help Desk
See Information Tech Division for more information
ACS Solutions Center ................................. 3-1178
Administrative Applications & Systems Support
See Administrative Comp Serv for more information
Communication Technologies ..................... 5-7099
Telephone repairs and orders
NCS Help Desk ........................................... 5-3110
Administrative Desktop Support
See Network & Client Services for more information

**CONCESSIONS**
(See University Dining)

**CONSTRUCTION MANAGEMENT**
Box 7520, Morris Building ........................... 5-6380
Fax Number ................................................. 5-3395
Director ........................................................ 5-6258
Carol Woodyard, PE
Associate Director ....................................... 3-0374
Andy Snead
Informal Projects Manager .......................... 5-1102
Ted Devens
Formal Project Managers
Viren Tailor ............................................. 5-6257
Bill Bryant ............................................... 5-6038
Floyd Williams, PE .................................. 5-1232
Greg Selzer ............................................ 5-6254
John Palmiter .......................................... 3-0536
Eric Jaskolka .......................................... 3-1005
Ramon Marconi ....................................... 5-6380
Rudy Lopez .............................................. 5-8114
Informal Project Managers
Ryan Breedlove ....................................... 5-1101
David Selser ............................................ 5-6120
Phil Swaney ............................................ 5-1100
Tom Hannon ............................................ 3-4665
Administrative Assistant/Office Manager ..... 5-306
Brenda Forster
Joyce Wiggins ......................................... 5-6686
Sonja Cloud ............................................ 5-8413
HUB Construction Program
Manager .................................................. 5-160
Marvin Williams
Sharon Beavers ...................................... 5-805

**CONTINUING & PROFESSIONAL EDUCATION**
(See Office of Professional Development

**CONTRACTS AND GRANTS**
Main Number ............................................... 5-21
Fax Number ................................................. 5-46
Director ........................................................ 5-37
Earl N. Pulliam
Leazar, Lower Level, West End, Box 7214
Assistant Director ....................................... 5-8
Sharon Boyd
Leazar, Lower Level, West End, Box 7214
Assistant Director ....................................... 5-8
Michael Walker
Leazar, Lower Level, West End, Box 7214

**CONTROLLER, UNIVERSITY**
University Controller .................................... 5-3
Clifton Flood
213 Administrative Services Center, Box 7205

Case 1:05-cv-01022-WLO-WWD    Document 2-4    Filed 11/23/05    Page 1 of 1