*Exhibit-D*

# **CONFIDENTIAL NON-DISCLOSURE AGREEMENT**

*Whereas*, Joseph Widemon, dba Independence Home Designs, and
_____, _____ agree as follows:

*Now, Therefore*, in consideration for the disclosure of the details of projects to be implemented by Independence Home Designs, and _____
agree as follows:

1. To retain all information in strict confidence and to refrain from disclosing such information to third parties without consent of the Independence Home Designs.
2. To require all persons to sign a written binder of secrecy, nonuse and/or non-disclosure comparable in scope and duration to that herein set forth.
3. Not to use or employ any of the information in any way which would be harmful to or against the best interests of the Independence Home Designs.
4. _____ will obtain no right of any kind to the information other than the right to use the information for the intended purpose.

**The agreement stated above is hereby executed by:**

_____        _____
Name (Signature)                                             Date


_____
Name (Printed)


_____
Company / Agency


_____        (____) - _____ - _____
Address                                                          Phone

_____        (____) - _____ - _____
E-Mail Address                                              Fax


_____        _____
For the Independence Home Designs               Date