

# UNC Exhibit: A-1
KENAN-FLAGLER
BUSINESS SCHOOL     **Executive MBA Programs**

*Shaping leaders, driving results.*

---

Dr. Jim Jofferson
Univ. of NORTH CAROLINA
C CHAPEL Hill

NC Rural Center

Kenan Center

1-919-962-2214

URBAN Invest. Strategy
Dept. of Business School

---

1-877-UNC-EMBA • emba@unc.edu • www.emba.unc.edu

**PATENT LAW OFFICES**
OF
**WALTER L. BEAVERS**

TELEPHONE: (336) 275-7601
FACSIMILE: (336) 275-2009
EMAIL: wbeavers@bellsouth.net

326 SOUTH EUGENE STREET
GREENSBORO, NORTH CAROLINA 27401
U.S.A.

INTELLECTUAL PROPERTY LAW
INCLUDING
PATENT, TRADEMARK CAUSES

WALTER L. BEAVERS

FABIAN C. BARTOLOZZI

24 May 2005

Mr. Joseph Widemon, Owner
Independence Window Dressing Security System
205 Havenwood Road
Reidsville, North Carolina 27402

       Re: Office Conference and Invention
         <u>Disclosure Of 23 May 2005</u>

Dear Joseph:

  It was a pleasure to see you again on the above-identified date at which time we discussed your idea for an escape mechanism for attachment to a building second story and above windows. A sketch of your idea was made during our meeting which I have signed, dated and will maintain in my files for future reference.

  As understood, your idea consists of a fire-resistant flexible tubular member which includes a coil spring. The spring may be imbedded into the tubular member and when activated or released the spring expands to extend the tubular member to the ground. Obviously the device would be made in various lengths to accommodate different window heights. You mentioned that an activation mechanism could be attached to a clamp whereby upon activation the tubular member would then release to extend to the ground and individuals could then slide down the inside of the tube to escape a burning building or the like.

  I understand you have contacted a third party to conduct a preliminary patentability investigation for you and I will be happy to review the search results once the search has been completed so we can decide whether to file for patent protection.

  Please bear in mind that a U.S. patent application must be filed within one (1) year of the first sale, offer for sale, public use or other publication of an invention as thereafter you may be barred from obtaining valid patent claims.

  The U.S. Patent Office now requires a fee for publishing utility patent applications eighteen (18) months after filing. If you decide to

Mr. Joseph Widemon
Page Two
24 May 2005


file a utility patent application and do not want your application to be published you must inform me, and if you do not intend to file a foreign application which will publish, an appropriate request not to publish can be entered at the time of filing. If you do not inform me the U.S. application will publish eighteen (18) months after filing and you will be charged a publication fee. Also, if desired, early publication can be requested when accompanied by the requisite fee.

You should also be aware that the Rules require drawings or otherwise of similar devices or concepts including patents which are known to you to be submitted to the Patent Office at the time the application is filed so the Examiner in charge of your case will have such materials available to compare to your application. Failure to submit known prior art may invalidate any patent issuing from the application and can cause the patent owner to pay the defendant's costs and attorney fees should an infringement action commence. You should also be aware that a patent, if granted, will only allow you to exclude others from manufacturing the device as specified in the claims of the patent, and will not provide manufacturing or selling rights to you for your invention.

Should you want to file foreign patent applications, some foreign countries require absolute novelty, forcing an inventor to file a patent application before the first public disclosure of the invention.

I will not take any further action on this matter until authorization from you is received but if you have any questions or comments regarding our meeting or this correspondence feel free to telephone me at your convenience.

Cordially yours,

Walter L. Beavers

WLB:ph

Exhibit: A-1 of 3

PATENT LAW OFFICES
OF
WALTER L. BEAVERS
326 SOUTH EUGENE STREET
GREENSBORO, NORTH CAROLINA 27401
U.S.A.

273ZO/1313

Mr. Joseph Widemon, Owner
Independence Window Dressing Security System
205 Havenwood Road
Reidsville, North Carolina 27402



