# REPLY SHEET Exhibit-1 of 2

## *PLEASE RETURN THIS SHEET WITH YOUR REPLY!*

**For:** Copyright Office letter of March 22, 2005         *JRP*

**To:** JOSEPH WIDEMON
205 HAVENWOOD ROAD
REIDSVILLE NC 27320

**Re:** Computer programs

## Reply time

The Copyright Office generally allows **120 days** from the date of the postmark to receive a reply to our letter. If the Office establishes a different reply time, it will be stated in our letter.

## Consequences of not replying to our letter regarding a pending registration

If we do not receive a reply within the reply time allowed, **the case file will be closed.** In this case:

- any unpublished work will be returned.
- published works may be forwarded for use in the collections of the Library of Congress or for disposition under the provisions of the current copyright law.
- your filing fee cannot be re-used.

To re-apply for registration after the case file is closed, you will have to submit new registration material (application, deposit, and fee). The effective date of registration will be based on the new submission.

## Significance of the effective date of registration

Though registration is not a condition for securing copyright, delaying the effective date of registration can have serious consequences. In an infringement suit, a court may not award statutory damages or attorney's fees if the infringement began before the effective date of registration, unless registration was made within a grace period of 3 months following publication and the infringement started after first publication.



**Library of Congress · Copyright Office · 101 Independence Ave., S.E. Washington, DC 20559-6000**

March 22, 2005



JOSEPH WIDEMON
205 HAVENWOOD ROAD
REIDSVILLE NC 27320

     Control Number: 71-405-5431(W)
     Re: Computer programs

Dear Mr. Widemon:

**LIBRARY
OF
CONGRESS**

     We delay registration because the deposit requirement to register computer programs has not been met. To register a computer program you must deposit the first and last 25 pages of source code. The printout should be a copy of the source code, the language in which you wrote the commands and instructions, such as parameters and formulas, to the computer program. The deposit requirement is explained in more detail in the enclosed Circular 61. With your reply, please send the required identifying portions of the source code.

     If you have any questions, feel free to contact me, John Poff, at 202-707-7173, between 8:00 a.m. and 4:30 p.m. (Eastern time). Or, you may email me at jpof@loc.gov.

**Washington
D.C.
20559-6000**

     Please reply within 120 days **and** return the enclosed Reply Sheet referring to our Control Number.

| |
|---|
| **Note:** The Copyright Office is experiencing some delays in receiving and processing mail, due to increased security measures. All mail, including U.S. Postal Service mail and shipments by private carriers such as Fedex, UPS, DHL, and Airborne Express, is screened before it is delivered to the Copyright Office. |

                                     Sincerely,
                                     John R. Poff, Examiner
                                   Literary Section
                                    By:

Enclosures:
  Circular 61
  Reply Sheet

| |
|---|
| **Please do *not* send another fee unless this letter specifically requested that you do so.** |