# REPLY SHEET  *Exhibit 2-3*

## *PLEASE RETURN THIS SHEET WITH YOUR REPLY!*

---

**For:** Copyright Office letter of August 15, 2005     DD

**To:** JOSEPH WIDEMON
205 HAVENWOOD RD
REIDSVILLE NC 27320

71-336-952-5

**Re:** COMPUTER PROGRAMS

Re (Compilation of Data) & Form VA - "Schematic"

## Reply time

The Copyright Office generally allows **120 days** from the date of the postmark to receive a reply to our letter. If the Office establishes a different reply time, it will be stated in our letter.

## Consequences of not replying to our letter regarding a pending registration

If we do not receive a reply within the reply time allowed, **the case file will be closed.** In this case:

- any unpublished work will be returned.
- published works may be forwarded for use in the collections of the Library of Congress or for disposition under the provisions of the current copyright law.
- your filing fee cannot be re-used.

To re-apply for registration after the case file is closed, you will have to submit new registration material (application, deposit, and fee). The effective date of registration will be based on the new submission.

## Significance of the effective date of registration

Though registration is not a condition for securing copyright, delaying the effective date of registration can have serious consequences. In an infringement suit, a court may not award statutory damages or attorney's fees if the infringement began before the effective date of registration, unless registration was made within a grace period of 3 months following publication and the infringement started after first publication.



**Library of Congress · Copyright Office · 101 Independence Ave., S.E.
Washington, DC 20559-6000**

August 15, 2005



JOSEPH WIDEMON
205 HAVENWOOD RD
REIDSVILLE NC 27320

Control Number: 71-336-9525(W)
Re: COMPUTER PROGRAMS *(Compilation of Data) & Form VA - "Schematic"*

Dear Mr. Widemon:

**LIBRARY OF CONGRESS**

We are delaying registration because it is not clear what you are seeking to register. We received two pages of material, one page contains two illustrations and the other page contains a compilation of data. However, space 1 of the application refers to "computer programs" which would imply the registration of a computer program.

If you are seeking to register a computer program, please submit visually perceptible identifying material. The regulation states that where a computer program is fixed or published only in machine-readable copies, the deposit shall consist of a printout of the first and last 25 pages of source code. However, if the program is 50 pages or less, you should deposit the entire source code printout. Please review the enclosed Circular 61 for a more detailed explanation.

Washington D.C.
20559-6000

Also, in this case, please complete a new Form TX application entering the words "ENTIRE TEXT OF COMPUTER PROGRAM" in the "nature of authorship" portion of space 2.

Or, if perhaps you are seeking to register only the illustrations and compilation of data that you have already submitted, please complete a new Form TX application. When completing the new application please enter only the term "COMPILATION OF DATA AND ILLUSTRATIONS" in the "nature of authorship" portion of space 2. The term "compilation" refers to an original selection, arrangement, or coordination of preexisting material. This statement would better describe your copyrightable expression in copyrightable terms.

We should point out that copyright protects the textual, pictorial, or musical authorship embodied in a work. By law, however, copyright does not protect "any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, illustrated, or embodied" in a work.

Should you have any questions, please do not hesitate to contact me at (202) 707-8281

*Exhibit: 2-3*

JOSEPH WIDEMON  
REIDSVILLE NC 27320

Control No. 71-336-9525(W)  
August 15, 2005

    Please reply within 120 days **and** return the enclosed Reply Sheet referring to our Control Number.

> **Note:** The Copyright Office is experiencing some delays in receiving and processing mail, due to increased security measures. All mail, including U.S. Postal Service mail and shipments by private carriers such as Fedex, UPS, DHL, and Airborne Express, is screened before it is delivered to the Copyright Office.

    Sincerely,  
    Donna Dugger, Examiner  
    Literary Section  
    By:

Enclosures:  
Reply Sheet  
Cir. 31, 61

Form TX  
appl. ret'd

> **Please do *not* send another fee unless this letter specifically requested that you do so.**