IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

1:05-CV-1022



JOSEPH WIDEMON Inventor et al
           PLAINTIFFS

VS

N.C. STATE UNIVERSITY, etc., eta

        Defendants

## PETITION FOR PARTICULARIZED ORDER

PLAINTIFFS JOSEPH WIDEMON. THE FOUNDER OF A BUSINESS NAME; INDEPENDENCE HOME DESIGNS. UNDER SAID NAME BUSINESS PLAINTIFFS BUSINESS IS LICENSE TO TRADE IN THE STATE OF NORTH CAROLINA AND EMPLOYER TAX ID NUMBER. UNDER PLAINTIFF

BUSINESS, PLAINTIFF AND DEFENDANTS, TALK ABOUT TRADE MARK AND TRADE SECRETS.

THAT THIS HONORABLE COURT ISSUE THE FOLLOWING ORDERS

A   THAT THE DEFENDANTS, SOINNAMED, ASSIST, INDEPENDENCE HOME DESIGNS, TO ESTABLISH, NOTICE OF ELECTRONIC FILING,' SECURITY SYSTEM FOR 'THE THIRD COVENANT', WITH THE ' TOY INDUSTRY ASSOCIATION, INC; 550 SEVENTH AVE, NEW YORK, N.Y. 10018, PLAINTIFFS, BUSINESS FUNCTION CODE-TYPE AND SUBTYPE CODE ; CTR1000.

B   THAT THE DEFENDANTS, SOINNAMED, ASSIST, INDEPENDENCE HOME DESIGNS, TO ESTABLISH, ' NOTICE OF ELECTRONIC FILING,' 'THE THIRD COVENANT,' AS IS, PROTECRED UNDER TITLE 17, UNITED STATES CODE, AS IS, A TECHNICAL DRAWING;

C   THAT THE DEFENDANTS, SOINNAMED, ASSIST, INDEPENDENCE HOME DESIGNS, TO ESTABLISH, ' NOTICE OF ELECTRONIC FILING' SECURITY SYSTEM, 'THE THIRD COVENANTS,' IS PATENTS, AS IS, THREE DIMENSIONAL PUZZLE, PROTECTED UNDER UNITED STATES CODE;

**B** THAT THE DEFENDANTS, SOINNAMED, ASSIST, INDEPENDENCE HOME DESIGNS, TO ESTABLISH, ' NOTICE OF ELECTRONIC FILING,' TO ASSIST PLAINTIFF'S , WITH CONTRACTS AND ROYALTY NEGOTIATION;

**E** THAT THE DEFENDANTS, SOINNAMED, ASSIST, INDEPENDENCE HOME DESIGNS, TO ESTABLISH, ' NOTICE OF ELECTRONIC FILING,' SECURITY SYSTEM, WITH THE CITY OF REIDSVILLE, COUNTY; ROCKINGHAM, STATE; NORTH CAROLINA, NOTICE NUMBER; 3395-051-210, TAX PERIOD; , TAXPAYER ID; - - , ACCOUNT ID; 600520728;

**F** THAT THE DEFENDANTS, SOINNAMED, ASSIST, INDEPENDENCE HOME DESIGNS, TO ESTABLISH, ' NOTICE OF ELECTRONIC FILING; FOR EVERY MAN, WOMAN AND UNVERSITY' IES', AS EMPOYEES, AS CUSTOMER SERVICE REPRESENTATED, BENEFIT, ON THE JOB TRAINER WITH BENE , UPON BUY'OUT, AND-OR , CONTRACTS, LICENSES AND-OR ROYALTY"IES.

G  THAT THE DEFENDANTS, SOINNAMED, ASSIST, INDEPENDENCE HOME DESIGNS, TO ESTABLISH, FOR SECURING ' NOTICE OF ELECTRONIC FILING,'FOR EMPLOYEES, HEALTH CARE, AND INSURANCE POLICY, FORM ; A- BUY'OUT, AND-OR MANUFASTURERS, IN REIDSVILLE, N.C, AND-OR LICENSES, AND-OR SEEK ROYALTY-IES;

H  THAT THE DEFENDANTS, SOINNAMED, ASSIST, INDEPENDENCE HOME DESIGNS, TO ESTSBLISH, ' NOTICE OF ELECTRONIC FILING, SECURITY SYSTEMS, WITH SMALL BUSINESSMEN AND-OR BUSINESS-WOMEN, MANUFACTURERS IN THE STATE OF NORTH CAROLINA AND-OR IN THE UNITED STATES, CONTRACTS AND ROYALTY-IES NEGOTIATION; TO DEAL WITH SUBPLY AND DEMAND;

## CONCLUSION

PLAINTIFF'S , 'PETITION FOR PARTICULARIZED ORDER,' HENCEFORTH, ' WHETHER FEDERAL FUNDED INSTIRUTIONS ARE CONSTITUTIONALLY ENTITLE TO ASSIST ENTERPRENUERS

EXECUTED ON; 12/27/2005

I, JOSEPH DEMON, INVENTOR, declare under the penality of perjur that the above is true and correct to the best of his knowledge.

(s/) Joseph Demon

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH WIDEMON,  )
         )
    Plaintiff,  )
         )    1:05CV1022
v.  )    **ORDER**
         )
NC STATE UNIVERSITY,  )
         )
    Defendant.  )

Plaintiff's motion for an extension of time for discovery is DENIED. The court will, however, extend time to respond to its particularization order until Friday December 30, 2005. Plaintiff is cautioned again that his failure to file his particularized complaint by Dec 30 will subject the complaint as it now framed to dismissal.

                                                            _/s/ Wallace W. Dixon_
                                                             Wallace W. Dixon
                                                             United States Magistrate Judge

December 14, 2005