IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



JOSEPH WIDEMON, INVENTOR,
        PLAINTIFF,


V.                                                                  1:05-CV-1022


ROBERT J. FOMARO, NC STATE,

    V.

DR. JIM JOHNSON, NC RURAL CENTER

    V.

JIM COTTSCHLICL/ SHAWN GORMAN
SCORE-SMALL BUSINESS ADMINISTRATOR

        DEFENDANT[S]


PLAINTIFF'S OBJECTIVE TO THE

DISTRICT COURT ORDER


Plaintiff's objected to the District Court ORDER to his plea, because, 'How

Is Plaintiff's is to protected their ' IDEALS ' and ' TRADE SECRETS', when the Court's that have jurisdiction under Title 35 United States Code, Section 184, and Title 37, Code of Federal Regulations, 5.11 & 5.15.

SINCE, Plaintiff's petition this Honorable Court, his ideals and 'Trade Secrets', was on Exhibit in ' American International TOY FAIR, See: Exhibit : E, WHERE, Plaintiff's, received ( 12) TWELVE ORDER FOR HIS INVENTTION. DURING, the TOY FAIR, Plaintiff's enter into negotiation, with Assistant Business Matching Manager: WAI TAI YEE, 'HONG KONG TRADE DEVELOPMENT COUNCIL, 219 East 46th Street, New York, N.Y. 10017, U.S.A., Tel; (212)838-8688, Fax; (212)838-8941, Email: wai. Tai.yee@tdc. org.hk, Web.Site:www.tdctrade com, See, Exhibit F, for the 'SELL ' and "Filing of Foreign License'.

*[signature]*
INDEPENDENCE HOME DESIGNS
205 HAVENWOOD DRIVE
REIDSVILLE, NC 27320

Executted: 2/27/06

I, Joseph Widemont , declare under the penality of perjury that the above is true and correct to the best of his knowledge.

*[signature]*


## American International TOY FAIR
2006

# JOSEPH WIDEMON

## INDEPENDENCE HOME DESIGN

REIDSVILLE, NC

### EXHIBITOR

7519872

RED

WAI TAI YEE Exhibit F


香 港 貿 易 發 展 局
Hong Kong Trade Development Council

**Javits Center**
11th Avenue between W. 34th and W. 39th Sts.

**EXHIBIT HOURS**
Exhibits open:
Sunday, February 12, 10:00 AM - 6:00 PM
Monday, February 13, 9:00 AM - 6:00 PM
Tuesday, February 14, 9:00 AM - 6:00 PM
Wednesday, February 15, 9:00 AM - 4:00 PM

**REGISTRATION HOURS**
Friday, February 10, 12:00 - 5:00 PM
Saturday, February 11, 8:00 AM - 5:00 PM
Sunday, February 12 - Tuesday, February 14, 8:00 AM - 6:00 PM
Wednesday, February 15, 8:00 AM - 4:00 PM
**New Opening Day Hours: Sunday, February 12, 10:00 AM

No one under 18, including infants, will be admitted.

夷維娣

香港貿易發展局
Hong Kong Trade Development Council

*Will know in (3) three to four weeks?" $200.00*